UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Elaine P. Browne,<br><br>  Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>  Defendants. | **TRANSFER ORDER**<br><br>Case No.: 2:15-cv-02328-GMN-CWH |
| Sandy Bagsby,<br><br>  Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>  Defendants. | Case No.: 2:15-cv-02330-APG-GWF |
| Eric Eldor,<br><br>  Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>  Defendants. | Case No.: 2:15-cv-02331-JCM-GWF |

| | |
|---|---|
| Harold Cee Heckendorn,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:15-cv-02332-RFB-NJK |

The parties in the four (4) above-captioned cases filed a list of Related Cases. The presiding District Judges in these actions have individually and collectively determined that these actions are related and that there is good cause to transfer them to one District Judge and one Magistrate Judge. Additionally, transfer will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

**ORDER**

Therefore,

**IT IS HEREBY ORDERED** that the following cases are to be **REASSIGNED** to District Judge Richard F. Boulware, II, and Magistrate Judge Peggy A. Leen for all further proceedings:

　　2:15-cv-2328-GMN-CWH

　　2:15-cv-2330-APG-GWF

　　2:15-cv-2331-JCM-GWF

　　2:15-cv-2332-RFB-NJK

. . .

. . .

. . .

. . .

. . .

. . .

**IT IS FURTHER ORDERED** that all documents hereafter filed in all of the above cases shall bear the case number with District Judge Richard F. Boulware, II, **(RFB)** and Magistrate Judge Peggy A. Leen **(PAL)**, as assigned judges.

DATED: February 4, 2016.

_____       _____
**GLORIA M. NAVARRO, Chief Judge**         **RICHARD F. BOULWARE, II**
United States District Judge                          United States District Judge


_____       _____
**ANDREW P. GORDON**                       **JAMES C. MAHAN**
United States District Judge                          United States District Judge

1    **IT IS FURTHER ORDERED** that all documents hereafter filed in all of the above cases
2 shall bear the case number with District Judge Richard F. Boulware, II, **(RFB)** and Magistrate
3 Judge Peggy A. Leen **(PAL)**, as assigned judges.

    DATED:  February 4, 2016.

_____          _____
**GLORIA M. NAVARRO, Chief Judge**            **RICHARD F. BOULWARE, II**
United States District Judge                  United States District Judge


_____          _____
**ANDREW P. GORDON**                          **JAMES C. MAHAN**
United States District Judge                  United States District Judge

**IT IS FURTHER ORDERED** that all documents hereafter filed in all of the above cases shall bear the case number with District Judge Richard F. Boulware, II, **(RFB)** and Magistrate Judge Peggy A. Leen **(PAL)**, as assigned judges.

DATED:  February 4, 2016.

_____                    _____
**GLORIA  M. NAVARRO, Chief Judge**                     **RICHARD F. BOULWARE, II**
United States District Judge                             United States District Judge


_____                    _____
**ANDREW P. GORDON**                                    **JAMES C. MAHAN**
United States District Judge                             United States District Judge