ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
JILL GARCIA
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
JAMES E. BERCHTOLD
Nevada Bar No. 5874
Jim.berchtold@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV  89169
Telephone:  702.369.6800 / Fax:  702.369.6888

*Attorneys for Defendants Eldorado Resorts Corporation,
Michael Marrs, Kristen Beck, and Dominic Taleghani*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SANDY BAGSBY,<br><br>            Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, a Florida Corporation; MICHAEL MARRS; KRISTEN BECK; DOMINIC TALEGHANI; and DOES 1-50, inclusive,<br><br>            Defendants. | Case No.: 2:15-cv-02330-RFB-PAL<br><br>**STIPULATION AND ORDER TO RESCHEDULE SETTLEMENT CONFERENCE** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 26-4, Plaintiff Sandy Bagsby ("Plaintiff") and Defendants Eldorado Resorts Corporation ("Eldorado"), Michael Marrs ("Marrs"), Kristen Beck ("Beck"), and Dominic Taleghani ("Taleghani") (collectively "Defendants"), by and through their respective undersigned counsel, hereby agree to reschedule the Settlement Conference which is currently set for October 12, 2016 and October 13, 2016, at 9:00 a.m.  (ECF No. 25.)  One of

1

Plaintiff's counsel has a prior commitment on those dates and moving the Settlement Conference would allow him to attend both.

The parties have agreed to the dates of October 19, 2016 and October 21, 2016, which the parties understand, per previous discussions, that the Court is holding.  Accordingly, the parties are respectfully requesting that the Settlement Conference be rescheduled to those dates.  The date on which the Confidential Settlement Conference statement is due (currently October 5, 2016) will be October 12, 2016.

Dated this 27th day of September, 2016.

| WATKINS & LETOFSKY, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Daniel R. Watkins | /s/ Jill Garcia |
| Daniel R. Watkins<br>Brian S. Letofsky<br>400 S. Fourth Street<br>Suite 280<br>Las Vegas, NV  89101<br>Telephone:  702-385-5191<br>*Attorneys for Plaintiff Sandy Bagsby* | Anthony L. Martin<br>Jill Garcia<br>James Berchtold<br>3800 Howard Hughes Parkway<br>Suite 1500<br>Las Vegas, NV  89169<br>Telephone:  702-369-6800<br>*Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9/28/2016

2